USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

ALVIN SUAREZ, on behalf of himself and all Others similarly situated,

        Plaintiffs,

   -against-

AMERICAN BEAD CORPORATION,

        Defendant.

---------------------------------------------------x

Civil Action No. 1:23-cv-9545

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff Alvin Suarez, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice.

    Dated: February 15, 2024

By: _/s/ Gabriel Levy_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

---

Application GRANTED.

SO ORDERED.

_/s/ Valerie Caproni_

2/16/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE